

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00429-CR

| | | |
|---|---|---|
| WILLIAM BRUCE GLEASON, Appellant | § | On Appeal from the 271st District Court |
| | § | of Jack County (4815) |
| V. | § | September 9, 2021 |
| | § | Memorandum Opinion by Justice Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was a clerical error in the trial court's judgment. The judgment is modified to reflect that the trial court judge, not a jury, heard the case and returned the guilty verdict. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Lee Ann Dauphinot
      Justice Lee Ann Dauphinot